United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 20, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-11353
Conference Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

FREDRICK ODUMO NYINGURO,

                                        Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:02-CR-96-1-Y
---------------------

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The court appointed public defender for Fredrick Odumo
Nyinguro ("Nyinguro") has requested leave to withdraw from this
appeal and has filed a brief as required by Anders v. California,
386 U.S. 738 (1967). Nyinguro has received a copy of counsel's
motion and brief but has not filed a response. Our independent
review of the brief and the record discloses no nonfrivolous
issues for appeal. Counsel's motion for leave to withdraw is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

APPEAL DISMISSED; MOTION TO WITHDRAW GRANTED.